# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Julian Paramore,

    Plaintiff(s),　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　　　3:07cv196-2

M. Dillow, et al.,

    Defendant(s).


DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/24/07 Order.


                Signed: October 24, 2007

                Frank G. Johns, Clerk
                United States District Court